*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee †**

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr. Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Jenai M. Cerquoni\**
*Lu'Shell K. Alexander\**
*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

November 19, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy
     Debtor(s) Name:     Michael Polk
     Case No:            17-27513   ABA
     Hearing Date:       December 13, 2018 at 2:00 P.M.

Dear Judge Altenburg:

   Please accept this letter as a response to Debtor(s)' Motion/Application filed on November 12, 2018.

   The Trustee wishes to correct Mr. Clayman's Certification in Support of his supplemental fee. Mr. Clayman's Certification states that he has applied for $3,495.00 in this case and has been paid $3,001.71. However, Mr. Clayman has applied for the amount of $3,495.00 plus costs of $43.10 for a total fee amount of $3,538.10.

   The Trustee does not oppose Mr. Clayman's request for $4,471.80 in his current fee application.

   As always, the Court is welcome to contact the Trustee with any questions.

                    Respectfully submitted,

                    **OFFICE OF THE CHAPTER 13**
                    **STANDING TRUSTEE**

                    */s/ Isabel C. Balboa*

                    **ISABEL C. BALBOA**
                    Chapter 13 Standing Trustee

ICB:lka

c:   Eric J. Clayman, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)
     Michael Polk   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978