Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Polk
   809 Walnut Street
   Camden, NJ 08103

Social Security No.:
   xxx−xx−6857

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       5/9/19
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,153.50

EXPENSES
Expenses: $20.17

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: April 9, 2019
JAN: dac

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27513-ABA
Michael Polk                                                        Chapter 13
        Debtor
                        CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin          Page 1 of 2          Date Rcvd: Apr 09, 2019
                             Form ID: 137         Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             +Michael Polk,    809 Walnut Street,    Camden, NJ 08103-2522
cr             +WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517086105      +AtlantiCare Regional Med Center,     c/o Apex Asset Management LLC,    2501 Oregon Pike Suite 102,
                Lancaster, PA 17601-4890
517035460      +Bank of New York Mellon,    c/o Kristina Murtha, Esq.,    KML Law Group, P.C.,
                216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517086106      +Brian G. Howell, Esq.,    PO BOX 679,    Hammonton, NJ 08037-0679
517035461      +Caroline Allen-Polk,    5 Kim Lane,    Sicklerville, NJ 08081-2203
517035462      +Caroline Allen-Polk,    c/o Camden County Probation Department,
                5 Executive Campus, Ste 200, Route 70,    Po Box 8107,    Cherry Hill, NJ 08002-0107
517035464      +Credit Acceptance,    PO BOX 513,    Southfield, MI 48037-0513
517035465      +Credit Acceptance Corp,    25505 W 12 Mile Road,    Southfield, MI 48034-8316
517086108     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     PO Box 11732,    Newark, NJ 07101)
517035467      +GM Financial,    PO BOX 181145,   Arlington, TX 76096-1145
517108774      +Intercoastal Financial, LLC,    7954 Transit Rd, #144,    Williamsville, NY 14221-4117
517086109      +Kia Financial,    PO Box 20825,    Fountain Valley, CA 92728-0825
517035472      +PSE&G,   c/o Convergent Outsourcing,     800 SW 39th Street,    Renton, WA 98057-4927
517035471      +Progressive,    c/o Caine & Weiner,    PO BOX 5010,   Woodland Hills, CA 91365-5010
517611545      +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517035473      +The Bank of New York Mellon,    c/o Frenkel Lambert Weiss Wisman & Gordo,
                80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517712932      +The Bank of New York Mellon as Trustee for Mortgag,     KML Law Group, P.C.,
                216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518164789      +The Bank of New York Mellon, et al,     c/o Reverse Mortgage Solutions, Inc.,
                14405 Walters Road, Suite 200,    Houston, TX 77014-1345
517086112      +The Children's Hospital of Philadelphia,     Physician Billing - PB Chop,    PO BOX 788017,
                Philadelphia, PA 19178-8017
517035474     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                Frederick, MD 21701)
517109083      +WELLS FARGO BANK, NA, et al,    Phelan Hallinan Diamond & Jones, PC,
                400 Fellowship Road, Suite 100,    Mt. Laurel, NJ 08054-3437
517130687      +WELLS FARGO BANK, NATIONAL ASSOCIATION,     Shapiro and DeNardo, LLC,
                14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517142180       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                Eagan MN 55121-7700
517138232      +Wells Fargo Bank, National Association,Successor,     C/O Wells Fargo Bank, N.A.,
                Attention Payment Processing,    MAC# X2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
517284990       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517284991       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262,
                eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 22:30:25      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 22:30:25      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517086104       E-mail/Text: g20956@att.com Apr 09 2019 22:30:35      AT&T Mobility,    PO Box 537104,
                Atlanta, GA 30353-7104
517035463      +E-mail/Text: bankruptcy@consumerportfolio.com Apr 09 2019 22:30:29
                Consumer Portfolio Services,    PO BOX 57071,    Irvine, CA 92619-7071
517086107       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2019 22:30:20      David's Bridal,
                PO Box 659707,    San Antonio, TX 78265-9707
517035466      +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 09 2019 22:30:32      Directv,
                c/o CBE Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
517235413      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2019 22:34:21      Directv, LLC,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517035468       E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 22:30:14      IRS,    PO Box 7346,
                Philadelphia, PA 19101-7346
517086110      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 09 2019 22:30:44
                Mastercard Bankcard Services,    PO Box 4477,    Beaverton, OR 97076-4401
517086111      +E-mail/PDF: pa_dc_ed@navient.com Apr 09 2019 22:34:50      Navient - Dept of Ed Loan Servicing,
                PO BOX 740351,    Atlanta, GA 30374-0351
517134382       E-mail/PDF: cbp@onemainfinancial.com Apr 09 2019 22:34:12      ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
517035469      +E-mail/PDF: cbp@onemainfinancial.com Apr 09 2019 22:35:29      OneMain,    PO BOX 1010,
                Evansville, IN 47706-1010
517035470      +E-mail/PDF: cbp@onemainfinancial.com Apr 09 2019 22:34:12      OneMain Financial,    PO Box 1010,
                Evansville, IN 47706-1010
```

```
District/off: 0312-1          User: admin              Page 2 of 2                 Date Rcvd: Apr 09, 2019
                              Form ID: 137             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517160922        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2019 22:35:01      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +The Bank of New York Mellon,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                  Suite 100,    Boca Raton, FL 33487-2853
cr*             +The Bank of New York Mellon,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                  Suite 100,    Boca Raton, FL 33487-2853
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon As Co-Trustee for Mortgage
               Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               Mortgage Equity Conversion Asset Trust 2010-1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon bkyefile@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```