Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Polk
   809 Walnut Street
   Camden, NJ 08103

Social Security No.:
   xxx−xx−6857

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/18/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 18, 2019
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 17-27513-ABA
Michael Polk                                                        Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Apr 18, 2019
                               Form ID: 148                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db             +Michael Polk,    809 Walnut Street,    Camden, NJ 08103-2522
cr             +WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517086105      +AtlantiCare Regional Med Center,    c/o Apex Asset Management LLC,     2501 Oregon Pike Suite 102,
                 Lancaster, PA 17601-4890
517035460      +Bank of New York Mellon,    c/o Kristina Murtha, Esq.,     KML Law Group, P.C.,
                 216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517086106      +Brian G. Howell, Esq.,    PO BOX 679,    Hammonton, NJ 08037-0679
517035461      +Caroline Allen-Polk,    5 Kim Lane,    Sicklerville, NJ 08081-2203
517035462      +Caroline Allen-Polk,    c/o Camden County Probation Department,
                 5 Executive Campus, Ste 200, Route 70,    Po Box 8107,    Cherry Hill, NJ 08002-0107
517035464      +Credit Acceptance,    PO BOX 513,    Southfield, MI 48037-0513
517035465      +Credit Acceptance Corp,    25505 W 12 Mile Road,    Southfield, MI 48034-8316
517108774      +Intercoastal Financial, LLC,    7954 Transit Rd, #144,    Williamsville, NY 14221-4117
517035471      +Progressive,   c/o Caine & Weiner,    PO BOX 5010,    Woodland Hills, CA 91365-5010
517611545      +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517035473      +The Bank of New York Mellon,    c/o Frenkel Lambert Weiss Wisman & Gordo,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517712932      +The Bank of New York Mellon as Trustee for Mortgag,     KML Law Group, P.C.,
                 216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518164789      +The Bank of New York Mellon, et al,    c/o Reverse Mortgage Solutions, Inc.,
                 14405 Walters Road, Suite 200,    Houston, TX 77014-1345
517086112      +The Children's Hospital of Philadelphia,    Physician Billing - PB Chop,     PO BOX 788017,
                 Philadelphia, PA 19178-8017
517109083      +WELLS FARGO BANK, NA, et al,    Phelan Hallinan Diamond & Jones, PC,
                 400 Fellowship Road, Suite 100,    Mt. Laurel, NJ 08054-3437
517130687      +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Shapiro and DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2019 00:40:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2019 00:40:33       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517086104       EDI: CINGMIDLAND.COM Apr 19 2019 04:08:00      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
517035463      +E-mail/Text: bankruptcy@consumerportfolio.com Apr 19 2019 00:40:51
                 Consumer Portfolio Services,    PO BOX 57071,    Irvine, CA 92619-7071
517086108       EDI: DIRECTV.COM Apr 19 2019 04:08:00      Direct TV,   PO Box 11732,    Newark, NJ 07101
517086107       EDI: WFNNB.COM Apr 19 2019 04:08:00      David's Bridal,    PO Box 659707,
                 San Antonio, TX 78265-9707
517035466      +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 19 2019 00:41:04       Directv,
                 c/o CBE Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
517235413      +EDI: AIS.COM Apr 19 2019 04:08:00      Directv, LLC,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517035467      +EDI: PHINAMERI.COM Apr 19 2019 04:08:00      GM Financial,    PO BOX 181145,
                 Arlington, TX 76096-1145
517035468       EDI: IRS.COM Apr 19 2019 04:08:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
517086109      +EDI: FORD.COM Apr 19 2019 04:08:00      Kia Financial,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
517086110      +EDI: PHINGENESIS Apr 19 2019 04:08:00      Mastercard Bankcard Services,     PO Box 4477,
                 Beaverton, OR 97076-4401
517086111      +EDI: NAVIENTFKASMDOE.COM Apr 19 2019 04:08:00      Navient - Dept of Ed Loan Servicing,
                 PO BOX 740351,    Atlanta, GA 30374-0351
517134382       EDI: AGFINANCE.COM Apr 19 2019 04:08:00      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517035469      +EDI: AGFINANCE.COM Apr 19 2019 04:08:00      OneMain,    PO BOX 1010,    Evansville, IN 47706-1010
517035470      +EDI: AGFINANCE.COM Apr 19 2019 04:08:00      OneMain Financial,     PO Box 1010,
                 Evansville, IN 47706-1010
517035472      +EDI: CONVERGENT.COM Apr 19 2019 04:08:00      PSE&G,    c/o Convergent Outsourcing,
                 800 SW 39th Street,    Renton, WA 98057-4927
517160922      +EDI: AIS.COM Apr 19 2019 04:08:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517035474       EDI: WFFC.COM Apr 19 2019 04:08:00      Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                 Frederick, MD 21701
517142180       EDI: WFFC.COM Apr 19 2019 04:08:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                 N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517138232      +EDI: WFFC.COM Apr 19 2019 04:08:00      Wells Fargo Bank, National Association,Successor,
                 C/O Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moines, Iowa 50328-0001
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Apr 18, 2019
                              Form ID: 148               Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517284991       EDI: ECAST.COM Apr 19 2019 04:08:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
517284990       EDI: ECAST.COM Apr 19 2019 04:08:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +The Bank of New York Mellon,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Suite 100,    Boca Raton, FL 33487-2853
cr*            +The Bank of New York Mellon,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Suite 100,    Boca Raton, FL 33487-2853
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon As Co-Trustee for Mortgage
               Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               Mortgage Equity Conversion Asset Trust 2010-1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon bkyefile@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```