**Order Filed on May 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br>Michael Polk<br>debtors | Case No.: 17-27513<br><br>Chapter: 13<br><br>Hearing Date: 1/2/19-2/20/19<br><br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: May 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ ___2153.50___ for services rendered and expenses in the amount of $___20.17___ for a total of $___2173.67___ . The allowance is payable:

   X_ through the Chapter 13 plan as an administrative priority.
   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $___638.00___ per month for ___41___ months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27513-ABA
Michael Polk                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: May 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db             +Michael Polk,    809 Walnut Street,    Camden, NJ 08103-2522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon As Co-Trustee for Mortgage
               Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               Mortgage Equity Conversion Asset Trust 2010-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon bkyefile@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12