Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–27513–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael Polk
 809 Walnut Street
 Camden, NJ 08103

Social Security No.:
 xxx–xx–6857

Employer's Tax I.D. No.:

## NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:  January 28, 2020
Time:   10:00 AM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*99* – Certification in Opposition to (related document:98 Creditor's Certification of Default (related document:67 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010–1. Objection deadline is 01/9/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010–1) filed by Eric Clayman on behalf of Michael Polk. (Clayman, Eric)

and transact such other business as may properly come before the meeting.


Dated: January 6, 2020
JAN: kaj

                                                                Jeanne Naughton
                                                                Clerk