Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br>Michael Polk<br>debtor | Case No.:  17-27513<br><br>Chapter:  13<br><br>Judge:  ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: March 26, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $2833.00 for services rendered and expenses in the amount of $ 20.00 for a total of $2853.00 The allowance is payable:

   X   through the Chapter 13 plan as an administrative priority.

   \_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $1143.00 per month for 31 months to allow for payment of the above fee.