|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 17-27513 |
|---|---|---|
| Michael Polk<br>debtor | Chapter: | 13 |
|  | Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: March 26, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $2833.00  for services rendered and expenses in the amount of $ 20.00 for a total of  $2853.00 The allowance is payable:

  X\_  through the Chapter 13 plan as an administrative priority.

  \_\_\_  outside the plan.

The debtor's monthly plan is modified to require a payment of $1143.00 per month for 31 months to allow for payment of the above fee.

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                                Case No. 17-27513-ABA
Michael Polk                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1              Date Rcvd: Mar 26, 2020
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db             +Michael Polk,    809 Walnut Street,    Camden, NJ 08103-2522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon as Trustee for Mortgage
               Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon As Co-Trustee for Mortgage
               Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Michael  Polk jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               Mortgage Equity Conversion Asset Trust 2010-1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon bkyefile@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN
               REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13