Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Polk
  809 Walnut Street
  Camden, NJ 08103

Social Security No.:
  xxx−xx−6857

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    1/14/21
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fees: $2690.50

EXPENSES
$10.10

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 2, 2020
JAN:

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27513-ABA |
| Michael Polk | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 02, 2020 | Form ID: 137 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Polk, 809 Walnut Street, Camden, NJ 08103-2522 |
| cr | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517086105 | + | AtlantiCare Regional Med Center, c/o Apex Asset Management LLC, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517035460 | #+ | Bank of New York Mellon, c/o Kristina Murtha, Esq., KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 517086106 | + | Brian G. Howell, Esq., PO BOX 679, Hammonton, NJ 08037-0679 |
| 517035461 | + | Caroline Allen-Polk, 5 Kim Lane, Sicklerville, NJ 08081-2203 |
| 517035462 | + | Caroline Allen-Polk, c/o Camden County Probation Department, 5 Executive Campus, Ste 200, Route 70, Po Box 8107, Cherry Hill, NJ 08002-0107 |
| 517108774 | + | Intercoastal Financial, LLC, 7954 Transit Rd, #144, Williamsville, NY 14221-4117 |
| 517086109 | + | Kia Financial, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517035471 | + | Progressive, c/o Caine & Weiner, PO BOX 5010, Woodland Hills, CA 91365-5010 |
| 517611545 | + | The Bank Of New York Mellon, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517035473 | + | The Bank of New York Mellon, c/o Frenkel Lambert Weiss Wisman & Gordo, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517712932 | + | The Bank of New York Mellon as Trustee for Mortgag, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518164789 | + | The Bank of New York Mellon, et al, c/o Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 517086112 | + | The Children's Hospital of Philadelphia, Physician Billing - PB Chop, PO BOX 788017, Philadelphia, PA 19178-8017 |
| 517035474 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 517109083 | + | WELLS FARGO BANK, NA, et al, Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517130687 | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, Shapiro and DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517142180 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 517138232 | + | Wells Fargo Bank, National Association,Successor, C/O Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus Des Moines, Iowa 50328-0001 |
| 517284990 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517284991 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262 New York NY 10087-9262 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 00:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 00:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517086104 | | Email/Text: g20956@att.com | Dec 03 2020 00:46:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 517035463 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 03 2020 00:46:00 | Consumer Portfolio Services, PO BOX 57071, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: 137 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Irvine, CA 92619-7071 |
| 517035464 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 02 2020 22:21:00 | Credit Acceptance, PO BOX 513, Southfield, MI 48037-0513 |
| 517035465 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 02 2020 22:21:00 | Credit Acceptance Corp, 25505 W 12 Mile Road, Southfield, MI 48034-8316 |
| 517086108 | | Email/Text: G06041@att.com | Dec 03 2020 00:46:00 | Direct TV, PO Box 11732, Newark, NJ 07101 |
| 517086107 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2020 00:45:00 | David's Bridal, PO Box 659707, San Antonio, TX 78265-9707 |
| 517035466 | + | Email/Text: bankruptcynotices@cbecompanies.com | Dec 03 2020 00:46:00 | Directv, c/o CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 517235413 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 03 2020 01:25:31 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517035467 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 02 2020 22:22:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 517035468 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2020 22:22:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517086110 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 03 2020 00:47:00 | Mastercard Bankcard Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 517086111 | + | Email/PDF: pa_dc_ed@navient.com | Dec 03 2020 01:15:49 | Navient - Dept of Ed Loan Servicing, PO BOX 740351, Atlanta, GA 30374-0351 |
| 517134382 | | Email/PDF: cbp@onemainfinancial.com | Dec 03 2020 01:15:18 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517035469 | + | Email/PDF: cbp@onemainfinancial.com | Dec 03 2020 01:19:44 | OneMain, PO BOX 1010, Evansville, IN 47706-1010 |
| 517035470 | + | Email/PDF: cbp@onemainfinancial.com | Dec 03 2020 01:24:16 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 517035472 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 03 2020 00:46:00 | PSE&G, c/o Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517160922 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 03 2020 01:20:41 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | *+ | The Bank of New York Mellon, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2020        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon As Co-Trustee for Mortgage Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2 ewassall@logs.com, njbankruptcynotifications@logs.com |
| Eric Clayman | on behalf of Debtor Michael Polk jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Michael Polk jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010-1 kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor The Bank of New York Mellon bkyefile@rasflaw.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2 ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13