| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br> Michael Polk<br>debtor | |

**Order Filed on January 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 17-27513 |
| Chapter: | 13 |
| Hearing Date: | 1/28/20-4/14/20 |
| Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: January 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $2690.50  for services rendered and expenses in the amount of $10.10  for a total of  $2700.60  . The allowance is payable:


   X_  through the Chapter 13 plan as an administrative priority.

   ____ outside the plan.


The debtor's monthly plan is modified to require a payment of  $_545.00___per month for _22 months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 17-27513-ABA

Michael Polk                                                                                               Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

**Recip ID                  Recipient Name and Address**
db                        + Michael Polk, 809 Walnut Street, Camden, NJ 08103-2522

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021                                    Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
                                  on behalf of Creditor The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010-1
                                  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                                  on behalf of Creditor The Bank of New York Mellon As Co-Trustee for Mortgage Equity Conversion Asset Trust 2010-1
                                  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                                  on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO
                                  BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST
                                  CERTIFICATES, SERIES 2002-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eric Clayman
                                  on behalf of Debtor Michael Polk jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Isabel C. Balboa

District/off: 0312-1                                     User: admin                                          Page 2 of 2
Date Rcvd: Jan 14, 2021                               Form ID: pdf903                                   Total Noticed: 1

                        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
                        on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
                        on behalf of Debtor Michael Polk jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Kevin Gordon McDonald
                        on behalf of Creditor The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010-1
                        kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin M. Buttery
                        on behalf of Creditor The Bank of New York Mellon bkyefile@rasflaw.com

Nicholas V. Rogers
                        on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO
                        BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST
                        CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12