Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Polk
   809 Walnut Street
   Camden, NJ 08103

Social Security No.:
   xxx−xx−6857

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐  An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: March 23, 2023
JAN: eag

                                                             Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27513-ABA |
| Michael Polk | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 23, 2023 | Form ID: cscnodsc | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Polk, 809 Walnut Street, Camden, NJ 08103-2522 |
| cr | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517086106 | + | Brian G. Howell, Esq., PO BOX 679, Hammonton, NJ 08037-0679 |
| 517035461 | + | Caroline Allen-Polk, 5 Kim Lane, Sicklerville, NJ 08081-2203 |
| 517035462 | + | Caroline Allen-Polk, c/o Camden County Probation Department, 5 Executive Campus, Ste 200, Route 70, Po Box 8107, Cherry Hill, NJ 08002-0107 |
| 517035473 | + | The Bank of New York Mellon, c/o Frenkel Lambert Weiss Wisman & Gordo, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517712932 | + | The Bank of New York Mellon as Trustee for Mortgag, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518164789 | + | The Bank of New York Mellon, et al, c/o Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 517086112 | + | The Children's Hospital of Philadelphia, Physician Billing - PB Chop, PO BOX 788017, Philadelphia, PA 19178-8017 |
| 517035474 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 517109083 | + | WELLS FARGO BANK, NA, et al, Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517130687 | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, Shapiro and DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517086104 | | Email/Text: g20956@att.com | Mar 23 2023 20:41:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 517086105 | ^ | MEBN | Mar 23 2023 20:39:41 | AtlantiCare Regional Med Center, c/o Apex Asset Management LLC, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517035463 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 23 2023 20:41:00 | Consumer Portfolio Services, PO BOX 57071, Irvine, CA 92619-7071 |
| 517035464 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 23 2023 20:40:00 | Credit Acceptance, PO BOX 513, Southfield, MI 48037-0513 |
| 517035465 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 23 2023 20:40:00 | Credit Acceptance Corp, 25505 W 12 Mile Road, Southfield, MI 48034-8316 |
| 517086108 | | Email/Text: G06041@att.com | | |

Case 17-27513-ABA   Doc 139   Filed 03/25/23   Entered 03/26/23 00:15:55   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: cscnodsc | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517086107 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2023 20:41:00 | Direct TV, PO Box 11732, Newark, NJ 07101 |
| 517035466 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 23 2023 20:41:00 | David's Bridal, PO Box 659707, San Antonio, TX 78265-9707 |
| | | | Mar 23 2023 20:41:00 | Directv, c/o CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 517235413 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 23 2023 20:45:05 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517035467 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 23 2023 20:41:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 517035468 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2023 20:41:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517108774 | + | Email/Text: gbechakas@outlook.com | Mar 23 2023 20:41:00 | Intercoastal Financial, LLC, 7954 Transit Rd, #144, Williamsville, NY 14221-4117 |
| 517086109 | + | Email/Text: EBNBKNOT@ford.com | Mar 23 2023 20:41:00 | Kia Financial, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517086110 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 23 2023 20:41:00 | Mastercard Bankcard Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 517086111 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 23 2023 20:44:55 | Navient - Dept of Ed Loan Servicing, PO BOX 740351, Atlanta, GA 30374-0351 |
| 517134382 | | Email/PDF: cbp@onemainfinancial.com | Mar 23 2023 20:45:07 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517035469 | + | Email/PDF: cbp@onemainfinancial.com | Mar 23 2023 20:44:55 | OneMain, PO BOX 1010, Evansville, IN 47706-1010 |
| 517035470 | + | Email/PDF: cbp@onemainfinancial.com | Mar 23 2023 20:44:54 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 517035472 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 23 2023 20:41:00 | PSE&G, c/o Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517035471 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 23 2023 20:41:00 | Progressive, c/o Caine & Weiner, PO BOX 5010, Woodland Hills, CA 91365-5010 |
| 517611545 | + | Email/Text: RASEBN@raslg.com | Mar 23 2023 20:41:00 | The Bank Of New York Mellon, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517160922 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 23 2023 20:45:10 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517142180 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 23 2023 20:45:10 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517138232 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 23 2023 20:45:08 | Wells Fargo Bank, National Association,Successor, C/O Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517284990 | | Email/PDF: bncnotices@becket-lee.com | Mar 23 2023 20:45:11 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517284991 | | Email/PDF: bncnotices@becket-lee.com | Mar 23 2023 20:45:11 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | *+ | The Bank of New York Mellon, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 517035460 | ##+ | Bank of New York Mellon, c/o Kristina Murtha, Esq., KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon As Co-Trustee for Mortgage Equity Conversion Asset Trust 2010-1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Michael Polk mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon as Trustee for Mortgage Equity Conversion Asset Trust 2010-1 kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor The Bank of New York Mellon kbuttery@moodklaw.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2 nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                                      User: admin                                                 Page 4 of 4
Date Rcvd: Mar 23, 2023                            Form ID: cscnodsc                                      Total Noticed: 40
TOTAL: 11