|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on June 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michael Polk,<br>Debtor(s) | Case No.: 17-27513-ABA<br><br>Adv. No.:<br><br>Hearing Date: June 27, 2023 at 10:00 a.m.<br><br>Judge: Altenburg |

## ORDER REOPENING CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF FILING THE SECOND COURSE OF DEBTOR EDUCATION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 27, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of debtor, and for good cause shown, it is,

**ORDERED** as follows:

1. This case is reopened effective June 27, 2023.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within 30 days for closing eligibility.

4. Within ten (10) days of the date of this order, the debtor shall file the Certificate of Debtor Education and the Clerk of the Court shall thereafter process this case for discharge.